UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

FN Building, L.L.C.,                                    Case No. 11-46947-MBM
                                                        Chapter 11
                        Debtor.        /                Hon. Marci B. McIvor

### ORDER ESTABLISHING DEADLINE FOR FILING PROOFS OF CLAIM

On January 26, 2011, Debtor, FN Building, L.L.C., filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the Southern District of New York (Case No. 11-10266-shl). The First Meeting of Creditors, required by 11 U.S.C. § 341, was held on March 1, 2011. On March 9, 2011, the Bankruptcy Court in the Southern District of New York entered an "Order Transferring Chapter 11 Case of FN Building, L.L.C., to the Bankruptcy Court for the Eastern District of Michigan Pursuant to 28 U.S.C. § 1412." The transferred case has been assigned to the Hon. Marci B. McIvor and assigned Case No. 11-46947-MBM.

Prior to the transfer of the case, no deadline had been established for the filing of proofs of claim. Therefore, pursuant to Fed. R. Bankr. P. 3003(c)(3):

**IT IS HEREBY ORDERED** that proofs of claim must be received by the Bankruptcy Clerk's Office in the Eastern District of Michigan by June 24, 2011.

**IT IS FURTHER ORDERED** that any creditor who has already filed a proof of claim prior to the transfer of the case, need not file another proof of claim.

Signed on March 24, 2011

                        _____/s/ Marci B. McIvor_____
                        Marci B. McIvor
                        United States Bankruptcy Judge