# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

FN Building L.L.C.

Case No. 11-46947-mbm
Hon. Marci B. McIvor
Chapter 11

Debtor.

_____/

## EX-PARTE MOTION TO EMPLOY GOLDSTEIN BERSHAD & FRIED, P.C. AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

Debtor states:

1.     This is Debtor's Ex-Parte Motion to appoint the Law Firm of GOLDSTEIN BERSHAD & FRIED, PC, as attorneys for the Debtor and Debtor-In-Possession in accordance with the terms of this Motion and the RETAINER AGREEMENT. A copy of the proposed Order is attached as Exhibit 1. A copy of the VERIFIED DECLARATION OF GOLDSTEIN BERSHAD & FRIED, P.C., which supports Debtor's conclusion that the Law Firm and its personnel are disinterested within the meaning of *11 USC §101(14)*, meet the requirements of *Bankruptcy Rule 2014*, and hold no interest adverse to the Estate is attached as Exhibit 2. A copy of the Consent of the US Trustee is attached as Exhibit 3. A copy of the Retainer Agreement is attached as Exhibit 4. A copy of the certificate of service showing service on those parties entitled to service under ECF Procedure 12(b), is attached as Exhibit 5.

2.     The undersigned is Managing Member of the Debtor, and the Debtor is acting as Debtor-in-Possession in this case.

3.     It is necessary for the Debtor to employ counsel to provide legal advice and handle the usual and necessary legal affairs of the Debtor and Debtor-in-Possession in

1

these proceedings including, but not limited to, advising the Debtor on legal issues relating to the Chapter 11 process, negotiating with creditors, preparing the Chapter 11 Plan and dealing with legal issues that may arise in this case. Debtor is informed and believes that the Law Firm has the appropriate legal skills and personnel necessary to perform legal services required by this estate.

4.      Debtor has attempted to determine whether the Law Firm or any of its employees are disinterested persons within the meaning of *11 USC §101(14)* and *Bankruptcy Rule 2014*. A VERIFIED DECLARATION OF GOLDSTEIN BERSHAD & FRIED, P.C., which supports Debtor's conclusion that the Law Firm and its personnel are disinterested within the meaning of *11 USC §101(14)*, meet the requirements of *Bankruptcy Rule 2014*, and hold no interest adverse to the Estate is attached as Exhibit 5.

5.      In compliance with Local Rule 2014-1(b), Debtor has sought the concurrence with this Motion from the U.S. Trustee. That concurrence has been obtained, as indicated by the attached Exhibit 4.

6.      The Law Firm has received an initial retainer of $15,000 from Sky Management Services, LLC, which is being held in escrow. Sky Management Services, LLC, is an entity some or all of whose members are also members of the Debtor. Sky Management Services, LLC., is not a creditor of the Debtor and has no claims against the Debtor. Upon Court approval of the Law Firm as attorney for the Debtor, the said $15,000 will continue to be held in escrow as an asset of the bankruptcy estate to be applied on attorney fees and expenses as this Court may approve.

WHEREFORE, Debtor requests that it be authorized to employ the Law Firm of

GOLDSTEIN BERSHAD & FRIED, P.C., as attorneys to render services as described in this Motion.

Debtor:
FN Building, LLC

By:/s/ Lorenzo Cesare
    Lorenzo Cesare, Managing Member


GOLDSTEIN BERSHAD & FRIED, P.C.

By:/s/ Martin L. Fried
    Martin L. Fried (P13712)
    Attorneys for Debtor
    4000 Town Center, Suite 1200
    Southfield, Michigan 48075
    (248) 355-5300
    (248) 355-4644 - Fax
    marty@bk-lawyer.net

Dated: April 7, 2011.

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re:

FN Building L.L.C.

Case No. 11-46947-mbm
Hon. Marci B. McIvor
Chapter 11

Debtor.

_____/

## ORDER AUTHORIZING DEBTOR TO RETAIN GOLDSTEIN BERSHAD & FRIED P.C. AS ATTORNEYS

The Debtor's Ex-Parte Motion to Employ Goldstein Bershad & Fried P.C. ("GBF") as attorneys, the attached Verified Declaration and the attached Retainer Agreement having been considered by this Court, and the Court being fully advised in the premises and satisfied that the relief requested should be granted; now, therefore, **IT IS HEREBY ORDERED AS FOLLOWS:**

The Debtor and Debtor-in-Possession is authorized to employ Goldstein Bershad & Fried, P.C., as its attorneys in connection with the administration of the above estate in accordance with the terms of the Retainer Agreement attached to the Ex-parte Motion to Employ Goldstein Bershad & Fried, P.C., as Attorneys for Debtor and Debtor-in-Possession, and the $15,000 retainer received from Sky Management Services, LLC, shall be held in escrow as an asset of the bankruptcy estate for compensation to be paid as an administrative expense in such amount as this Court may hereafter determine and allow.

**EXHIBIT 1**

In re:

FN Building, L.L.C.

Case No. 11-46947-mbm
Hon. Marcie B. McIvor
Chapter 11

        Debtor.

_____/

## VERIFIED DECLARATION OF GOLDSTEIN BERSHAD & FRIED, P.C. AND SUPPLEMENT TO STATEMENT PURSUANT TO RULE 2016(b)

1.      The undersigned is an attorney duly licensed to practice law in the State of Michigan and employed by the Firm of GOLDSTEIN BERSHAD & FRIED, P.C. ("GBF").

2.      GBF is willing to accept employment by the above-captioned Debtor on the basis set forth in the attached Application and in accordance with the RETAINER AGREEMENT, a copy of which is attached to the MOTION TO EMPLOY GOLDSTEIN BERSHAD & FRIED, P.C. AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION, and the *Bankruptcy Rule 2016* Statement signed by the Debtor, a copy of which is attached hereto.

3.      After inquiry of the personnel of this Law Firm, and to the best of the knowledge of the undersigned, there are no connections between any of the personnel of this firm and the Debtor, the U.S. Trustee or any of its personnel, the creditors of this estate or any other party in interest, or their respective attorneys, and accountants; and further all of the personnel of GBF are disinterested persons within the meaning of *11 USC 101(14)* and do not hold any interest adverse to the estate.

4.      GBF has requested a total initial retainer of $15,000 which will be held in escrow as an asset of the bankruptcy estate to be applied upon services rendered and costs expended as

**EXHIBIT 2**

E:\FN Building\gbf verified declaration 3.wpd             1

may be approved by this Court. On receipt of the $15,000 retainer from the Debtor, GBF will be considered to have been retained. If the said initial retainer is not received within 7 days of an Order approving the retention of GBF, then GBF shall not be considered to have been retained as attorney for the Debtor.

5.      The hourly rates of the Law Firm range from $75 per hour for paralegals to $400 per hour for senior attorneys. The Law Firm has agreed to make application to this Court for approval of compensation and authorization for payment of its fees and expenses if payment is to be made from the assets of this estate.

6.      In the twelve-month period prior to the filing of the Petition in Bankruptcy, the Law Firm has received the following payments in connection with this matter as indicated below:

| Date | Amount | Source |
|------|--------|--------|
| 3/15/11 | $15,000.00 | Sky Management Services, LLC, to reimbursed upon receipt of the initial retainer from the Debtor. |

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct.

/s/ Martin L. Fried
Martin L. Fried P13712
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
(248) 355-5300
Marty@bk-lawyer.net

Dated: April 7, 2011

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

:

In re:

FN Building L.L.C.

Case No. 11-46947-mbm
Hon. Marci B. McIvor
Chapter 11

Debtor.

_____/

### STATEMENT OF CONSENT TO MOTION TO EMPLOY
### GOLDSTEIN BERSHAD & FRIED, P.C.
### AS ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

The Office of the United States Trustee hereby has reviewed the Motion to Employ

Goldstein Bershad & Fried, PC, as Attorneys for Debtor and Debtor-in-Possession and

does not object to said employment.

:

/s/ Stephen E. Spence
Office of the United States Trustee

Dated: April 5, 2011

:

:

**EXHIBIT 3**

LAW OFFICES
## GOLDSTEIN BERSHAD & FRIED
PROFESSIONAL CORPORATION

STANLEY M. BERSHAD
MARTIN L. FRIED*
AARON J. SCHEINFIELD

4000 Town Center, Suite 1200
Southfield, MI 48075

Attorneys and Counselors
Specializing in Creative
Solutions to Complex
Insolvency Situations

* Certified Business
Bankruptcy Specialist

(248) 355-5300
FAX (248) 355-4644
www.bk-lawyer.net

March 21, 2011

DEBTOR:  **FN Building, LLC**
INITIAL  RETAINER AMOUNT: **$15,000**

## RETAINER AGREEMENT

The purpose of this letter agreement is to explain and establish the terms of your retention of the law firm of Goldstein Bershad & Fried, PC, ("GBF") as attorneys for DEBTOR noted above in Chapter 11 Bankruptcy Proceedings.

### Payment of Retainer

The Debtor will retain the firm of GBF upon the payment of the RETAINER noted above (receipt of which from Sky Management Services, LLC, ("SMS") is hereby acknowledged) and court approval. The retainer is an advance against fees and costs. Since Bankruptcy proceedings generally take eight months or more to complete and involve numerous kinds of hearings and negotiations, it is likely the initial retainer will not cover all aspects of the case. In most cases, however, the retainer will cover the legal expense for approximately four to six months.

The Law Firm has received an initial retainer of $15,000 from Sky Management Services, LLC, which is being held in escrow. Upon Court approval of the Law Firm as attorney for the Debtor, the said $15,000 will continue to be held in escrow as an asset of the bankruptcy estate to be applied on attorney fees and expenses as this Court may approve. The retainer If the Debtor wishes to discontinue our services for any reason, the unearned balance of the retainer will be returned to the SMS subject to Court approval.

GBF will account to the Debtor and SMS with monthly statements in 10ths of an hour showing the amount of attorney fees and expenses that would be charged against the retainer on Court approval. In the event the retainer would fall below $5,000 if the fees and expenses had been approved by the Court, the Debtor and SMS agree to deposit additional $5,000 retainer with GBF which shall be held in escrow as an asset of the bankruptcy estate. If GBF does not receive the additional $5,000 within seven days of a written request therefor, then GBF may withdraw as attorney for the Debtor with Court approval.

**EXHIBIT 4**

<u>Method of Billing</u>

Attorney fees are billed for all time spent in connection with the representation of you in your case, including, for example, appearances in Court, drafting pleadings, negotiations, telephone calls and travel time. The bill will also include out of pocket expenses such as Court costs, copy fees, fax, long distance telephone calls and parking.

<u>Payment of Professional Fees and Costs</u>

Court approval is required in order for a Debtor to retain or pay a professional person such as an attorney, accountant, CPA, appraiser, or financial advisor. Payment includes distribution money to a professional to be held in escrow or drawing the money from the escrow account by the professional.

<u>Chapter 11 Bankruptcy Proceedings</u>

A Chapter 11 Bankruptcy is a Federal Court proceeding in which a Debtor seeks to reorganize its debts in such a way as to compromise the claims of creditors by paying either the full amount or a percentage of their debt in installments over period of time through a Plan of Reorganization.

While in a Chapter 11, he current management will remain in control of the business and as such will be generally referred to as "Debtor-in-Possession". The Debtor may conduct business as usual without direct Court supervision, however, any transactions outside the ordinary course of business (such as selling or buying assets and borrowing money) will require Court approval. In addition, the Debtor is prohibited from paying pre-petition debts except through a Plan of Reorganization or court order. If any creditor has a lien on "cash collateral" (such as receivables, bank accounts, etc), then the Debtor may not use any cash without the consent of the secured creditor or the Court to use this "cash collateral". This normally would include any creditor with an all asset lien and tax liens. All operating expenses must be kept current and monthly financial statements must be filed with the Court.

You may receive a packet in the mail from the U. S. Trustee's Office setting up a meeting Debtor-in-Possession meeting (the DIP Meeting) and listing your responsibilities as Debtor-in Possession. You must read this carefully and comply with its requirements.

At the DIP meeting, an administrator from U.S. Trustee's Office will meet with us to explain your responsibilities in detail, to answer any questions you may have, and to set a deadline for filing a Disclosure Statement and Plan of Reorganization approximately four months from then. The Court may also require a hearing to be sure you understand your responsibilities as Debtor-in Possession. Finally, there will be a First Meeting of Creditors

(341 meeting) which gives the creditors and the U.S. Trustee an opportunity to ask you questions under oath concerning the financial affairs of the Debtor.

The objective of a Chapter 11 proceeding is to obtain approval of a Plan of Reorganization. The purpose of the Plan is to set forth a payment schedule to the creditors of the Debtor. The total payment under the Plan may be less than the amount owed. The Disclosure Statement is intended to give the creditors sufficient information to make an informed decision on whether to vote in favor of the Plan. If the creditors and the Court approve the Plan, then the Debtor will be discharged from the Chapter 11 proceeding and the case will be closed. From that point, the Debtor must make the payments called for in the Plan of Reorganization. If there is a material breach in performance of the Plan, the Debtor may be brought back into the Bankruptcy Court and liquidated.

We thank you for this opportunity to serve you and are always available to answer your questions or to discuss your case.

Very truly yours,

GOLDSTEIN BERSHAD & FRIED, PC

/S/

Martin L. Fried

I have read this Retainer Agreement, understand its contents, and agree to its terms and conditions.

**FN Building, LLC**

By: _____
Lorenzo Cesare, Managing Member

Date: _____ 3/22/2011

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

FN Building L.L.C.                                     Case No. 11-46947-mbm
                                                     Hon. Marci B. McIvor
                                                     Chapter 11

        Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011, I electronically filed the following papers with

the Clerk of the Court using the ECF system which will send notification of such filing to the

ECF Participants:

| Documents Filed: | Ex-Parte Motion to Employ Goldstein Bershad & Fried PC as Attorneys for Debtor and Debtor-in-Possession, proposed Order (Exhibit 1), Verified Declaration of Goldstein Bershad & Fried (Exhibit 2), Statement of Consent to Motion by Office of the United States Trustee (Exhibit 3), Retainer Agreement (Exhibit 4), Certificate of Service (Exhibit 5) |
|---|---|
| ECF Participants: | All parties listed by the Court for service via electronic mailing |

And I hereby certify that I have mailed copies of the documents by United States
Postal Service to the following non-ECF participants:

| |
|---|

/s/ Carlota Sieira
Carlota Sieira
4000 Town Center, Suite 1200
Southfield, MI 48075
Phone:     (248) 355-5300
Fax:        (248) 355-4644
Email:     carlota@bk-lawyer.net
[Martin L. Fried P13712
  email marty@bk-lawyer.net]

**EXHIBIT 5**

E:\FN Building\Docs for appt as atty\cert of svc of ex parte mtn appt as attys.wpd