| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF MICHIGAN<br>SOUTHERN DIVISION | |
| In re:<br><br>**FN BUILDING L.L.C.**,<br><br>          Debtor. | Chapter 11<br><br>Case No. 11-46947<br>Hon. Marci B. McIvor |

**DEBTOR'S STATEMENT REGARDING REQUESTS FOR INCLUSION OF INFORMATION IN THE FIRST AMENDED DISCLOSURE STATEMENT**

     The Debtor has received a request from creditor Honigman Midller Schwartz and Cohen LLP, law firm and from creditor United Way to include information which seems to have no purpose other than to malign certain individuals and entities associated with the Debtor and provides no useful information to enable creditors to make an informed decision on whether to vote for or against the Plan of Reorganization. For that reason, the Debtor declines to include in the Disclosure Statement much of what was requested.

                       Respectfully submitted

                       GOLDSTEIN BERSHAD & FRIED, PC

                       BY: /s/ Martin L. Fried
                             Martin L. Fried P13712
                             Attorney for Debtor
                             4000 Town Center, Suite 1200
                             Southfield, MI 48075
                             (248) 355-5300
                             (248) 355-4644-fax
                             Marty@bk-lawyer.net

Dated: April 26, 2011