UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: FN Building LLC,

Debtor.

Case No. 11-46947
Chapter 11
Hon. Marci B. McIvor

### EX PARTE MOTION OF THE RECEIVER FOR SHORTENED NOTICE, EXPEDITED HEARING, AND RELATED RELIEF REGARDING MOTION FOR ORDER UNDER 11 U.S.C. § 105(a) SEEKING CLARIFICATION OF FINAL CASH COLLATERAL ORDER AND/OR AUTHORITY TO USE CASH COLLATERAL FOR FAÇADE INSPECTION AND REPAIRS

O'Keefe & Associates Consulting, LLC ("O'Keefe" or "Receiver") submits this ex parte motion (the "Motion") pursuant to 11 U.S.C. § 105(a), Rules 2002(m), 9006(c), and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 9006-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of Michigan (the "Local Rules") for entry of an Order Granting Ex Parte Motion of the Debtors for Shortened Notice, Expedited Hearing, and Related Relief Regarding Motion For Under Bankruptcy Code Section 105(a) Seeking Clarification of Final Cash Collateral Order and/or Authority to Use Cash Collateral For Façade Inspection and Repairs (the "Façade Repair Motion"), setting an expedited hearing on the Façade Repair Motion, and for related relief. In support of this Motion, the Receiver respectfully represents as follows:

### JURISDICTION

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## BASIS FOR RELIEF

2. The legal predicates for the relief requested herein are sections 102(1)(A) and 105(a) of the Bankruptcy Code, Bankruptcy Rules 2002(m), 9006(c), and 9007, and Local Rule 9006-1(b). Pursuant to Local Rule 9006-1(b), a party may move for, and the Court may enter, an ex parte order reducing the time for a party to take any action or file any paper.

## BACKGROUND

3. O'Keefe was appointed as receiver for the First National Building, located at 660 Woodward Avenue, Detroit, Michigan (the "Building"), pursuant to an order issued by the Wayne County (Michigan) Circuit Court on December 16, 2009 (the "Receiver Order") in the context of a mortgage foreclosure proceeding styled *National City Bank v. FN Building LLC, et al.*, Case No. 09-021031-CK.

4. On January 26, 2011 (the "Petition Date"), FNB Building LLC (the "Debtor") filed a voluntary petition pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "SDNY Court").

5. On January 28, 2011, the Debtor filed an Application For Authority To Use Cash Collateral (the "Application"). On February 17, 2011, a hearing was held on the Application. On February 24, 2011, the SDNY Court entered the Interim Agreed Order Authorizing Use of Cash Collateral (the "First Interim Order").

6. On March 10, 2011 (the "Transfer Date"), the SDNY Court entered an order transferring the chapter 11 case of the Debtor to this Court pursuant to 28 U.S.C. § 1412.

7. On March 30, 2011, this Court entered the Final Order Authorizing Use of Cash Collateral [Docket No. 44] (the "Final Cash Collateral Order"), pursuant to which the Receiver was authorized to use cash collateral as set forth in the budget that was filed as an exhibit to the Final Cash Collateral Order [Docket No. 45] (the "Cash Collateral Budget").

8. The Receiver believes that the general public may be at potentially immediate risk from debris falling from the façade of the Building. In addition, the Receiver believes that the Building may suffer irreparable harm if emergency repairs, as authorized and accounted for in the Cash Collateral Budget, are not made immediately. The Receiver believes that it was granted authority to make the necessary repairs pursuant to the Cash Collateral Budget, but not all of the parties-in-interest agree with the Receiver's interpretation of the Final Cash Collateral Order. Consequently, the Receiver is seeking an expedited hearing from the Court so that the Court can provide any necessary clarification of the Final Cash Collateral Order and the Cash Collateral Budget and so that any necessary repairs may be commenced and made to the Building's façade on an expedited basis while weather permits.

9. The Receiver believes that parties-in-interest will receive sufficient notice of the Façade Repair Motion, as the Receiver will serve such motion and the Order granting this Motion to the necessary parties.

WHEREFORE, for the foregoing reasons, the Receiver respectfully requests that the Court enter an order substantially in the form submitted herewith (attached as Exhibit A), and grant such other and further relief as the Court deems just and proper.

Dated: May 31, 2011

                VARNUM LLP

                By:   /s/ Robert D. Mollhagen
                Robert D. Mollhagen (P27784)
                Bradley S. Defoe (P70233)
                Attorneys for O'Keefe & Associates
                Consulting, LLC
                39500 High Pointe Blvd., Suite 350
                Novi, Michigan 48375
                248/567-7400
                rdmollhagen@varnumlaw.com

4327495_1.DOC

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: FN Building LLC, | Case No. 11-46947 |
| | Chapter 11 |
| Debtor. | Hon. Marci B. McIvor |

---

## ORDER GRANTING EX PARTE MOTION OF THE RECEIVER FOR SHORTENED NOTICE, EXPEDITED HEARING, AND RELATED RELIEF REGARDING MOTION FOR ORDER UNDER 11 U.S.C. § 105(a) SEEKING CLARIFICATION OF FINAL CASH COLLATERAL ORDER AND/OR AUTHORITY TO USE CASH COLLATERAL FOR FAÇADE INSPECTION AND REPAIRS

This matter comes before the Court on the ex parte motion (the "Motion") of the Receiver for entry of an Order Granting Ex Parte Motion of the Debtors for Shortened Notice, Expedited Hearing, and Related Relief Regarding Motion For Under 11 U.S.C.§105(a) Seeking Clarification of Final Cash Collateral Order and/or Authority to Use Cash Collateral For Façade Inspection and Repairs (the "Façade Repair Motion")

1. A hearing on the Façade Repair Motion will be conducted on _____, 2011, at _____ .m.

2. Given the shortened notice provided in this Order, any response to the Façade Repair Motion may be made either in writing or orally at the hearing.

Dated: _____, 2011

4327452_1.DOC