# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In Re: FN Building LLC,　　　　　　　Case No. 11-46947
　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.　　　　　　　　　　　Hon. Marci B. McIvor

### ORDER UNDER 11 U.S.C. § 105(a) SEEKING CLARIFICATION OF FINAL CASH COLLATERAL ORDER AND/OR AUTHORITY TO USE CASH COLLATERAL FOR FAÇADE INSPECTION AND REPAIRS

Upon the Motion (the "Motion") of O'Keefe & Associates Consulting, LLC ("O'Keefe" or "Receiver") requesting the entry of an order under 11 U.S.C. § 105(a) clarifying the Final Order Authorizing Use Of Cash Collateral [Docket No. 44] (the "Final Cash Collateral Order") and.or granting the Receiver the authority to use cash collateral to contract for and pay the costs of a re-inspection of and to make necessary repairs on the façade of the Building to the extent necessary to protect the public from loose or falling debris and otherwise; and it appearing that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the estate, its stakeholders, and other parties-in-interest; and sufficient cause appearing therefore:

**IT IS ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that for clarity the Receiver is authorized pursuant to the Final Order Authorizing Use of Cash Collateral [Docket No. 44] to contract for any pay the costs of a re-inspection of and to make necessary repairs to the façade of the Building to the extent necessary to address immediate and near term public safety concerns as reasonably determined by the Receiver but not in amounts in excess of the budgeted amounts in the Final Order Authorizing Use of Cash Collateral; and

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

.

```
Signed on June 07, 2011
                                    /s/ Marci B. McIvor
                                  Marci B. McIvor
                                  United States Bankruptcy Judge
```