UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: FN Building LLC,

Debtor.

Case No. 11-46947
Chapter 11
Hon. Marci B. McIvor

---

## NOTICE OF FINAL APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED

Please be advised that Ruskin Moscou Faltischek, P.C., as counsel to the Receiver, O'Keefe & Associates Consulting LLC, has filed its final fee application requesting approval of fees in the amount of $23,634.80 and reimbursement of expenses in the amount of $160.65 for the time period of March 5, 2011 through and including July 13, 2011.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court to grant the requested relief or if you would like the court to consider your views on this application, within fourteen (14) days you or your attorney must:

    a.    Electronically file with the Court's Electronic Case Filing System a written response or an answer, which must comply with F.R. Civ. P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 (E.D.M.). You may find more information regarding electronic filing at the Court's website, www.mieb.uscourts.gov or the Clerk of the Court located at 211 W. Fort Street, Suite 2100, Detroit, Michigan 48226.

You must also mail a copy to:

    Jeffrey A. Wurst, Esq.
    Ruskin Moscou Faltischek, P.C.
    1425 RXR Plaza
    East Tower, 15th Floor
    Uniondale, NY 11556-1425

    b.    If a response or objection is timely filed and served, the clerk will schedule a hearing on the application and you will be served with a notice of the date, time, and location of the hearing.

512748

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Dated: July 29, 2011

                                            RUSKIN MOSCOU FALTISCHEK, P.C.

                                            Jeffrey A. Wurst, Esq.
Attorneys for O'Keefe & Associates Consulting LLC
1425 RXR Plaza
East Tower, 15th Floor
Uniondale, NY 11556-1425
(516) 663-6600
jwurst@rmfpc.com