# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: FN Building LLC,

Debtor.

Case No. 11-46947
Chapter 11
Hon. Marci B. McIvor

---

### ORDER GRANTING FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED

Upon consideration and review of the final fee application (the "Application") of Ruskin Moscou Faltischek, P.C. ("Applicant"), counsel for O'Keefe & Associates Consulting, LLC ("O'Keefe" or "Receiver"), seeking authorization to disburse the holdback in the amount of $11,846.80 (the "Holdback"), plus reimbursement of allowance of compensation and reimbursement of expenses for professional services rendered and necessary expenses incurred from March 5, 2011 through and including July 13, 2011, which was filed with this Court pursuant to Sections 330 and 331 of Title 11 of the United States Bankruptcy Code, Bankruptcy Rule 2016, and the Eastern District of Michigan Local Rule 2016-1, Applicant requests an Order (i) authorizing the Debtor to disburse the Holdback and (ii) allowing the fees and reimbursements of costs for services rendered as requested in the Application as follows:

| | |
|---|---|
| Fees – Final Application Period | $11,788.00 |
| Holdback | $11,846.80 |
| Costs – Final Application Period | $160.65 |
| **Total Request** | $23,795.45 |

Notice of the Application and the relief requested in the Application has been provided to all creditors and parties in interest required to be served pursuant to Fed. R. Bank. P. 2002(a)(7); no other parties have filed objections thereto; and the Court being fully advised in the premises;

513150

**NOW THEREFORE, IT IS HEREBY ORDERED** that pursuant to 11 U.S.C § 331, Ruskin Moscou Faltischek, P.C., counsel for the Receiver, shall be awarded its Final Application Period request in the amount of $11,788.00 for services rendered, plus disbursement of the Holdback in the amount of $11,846.80, plus reimbursement of expenses in the amount of $160.65, for a total award of $23,795.45.

Dated: August ____, 2011

                                                   _____
                                                   MARCI B. MCIVOR
                                                   UNITED STATES BANKRUPTCY JUDGE