# EXHIBIT 3

# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
### Counselors at Law

Writer's Direct Dial: (516) 663-6535
Writer's Direct Fax: (516) 663-6735
Writer's E-Mail: jwurst@rmfpc.com

January 27, 2011

pokeefe@okeefeandassociates.com

Patrick O'Keefe
O"Keefe & Associates
2 Lone Pine Road
Bloomfield Hills, MI 48304

Re: In re: FN Building, L.L.C. USBC SDNY case no. 11-10266-brl

Dear Pat:

Thank you for the opportunity to respresent O'Keefe & Associates in its capacity as Receiver to FN Building, L.L.C. in the above referenced Chapter 11 proceeding pending in the Southern District of New York.

As part of our procedure in entering into new client relationships, we are pleased to present this engagement letter, which describes our services and charges and confirms your engagement of our firm in connection with this matter.

This letter, when countersigned by you and returned to us with the retainer noted below, will confirm your retention of our firm to represent you in connection with the above described representation.

For our services provided in connection with this engagement, you will be billed at our hourly rates as they are in effect from time to time. The current hourly rates of professionals and paraprofessionals are as follows: $325 to $600 for Partners and counsel, $235 to $350 for associates and $175 to $190 for law clerks and paraprofessionals. I will be responsible for the supervision of this matter. My standard hourly billing rate is $575.

To the extent feasible and cost effective, we will assign tasks on this matter to personnel at lower hourly rates. As indicated in the attached Fee and Payment Policy, which is incorporated herein by reference and made a part of this agreement, our bills will be sent to you on a monthly basis and payment is due upon receipt. The Fee and Payment Policy contains the details of our financial arrangement. We retain the right to suspend or terminate services if we are not paid in a timely manner. We also agree that we shall only look to the assets of FN Building, L.L.C. for payment of fees and expenses which may be due to us.

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516 663 6600 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788



January 27, 2011
Page 2

In addition to fees for professional services rendered, you will also be responsible for paying all disbursements we incur on your behalf in connection with this retention, as more fully described in the Fee and Payment Policy.

Pursuant to Part 137 of the Rules of the Chief Administrator of the Court, you may have the right to compel arbitration of any fee dispute that may arise between us if the amount in dispute is between $1,000 and $50,000. Of course, should a bankruptcy filing be effected, our fees may be subject to court approval.

If you agree with the foregoing, please countersign and return a copy of this letter. Upon receipt thereof, we will proceed in our representation.

We look forward to working with you and assisting you in these matters.

Sincerely,

For the Firm

507236

Enc.: Fee and Payment Policy

ENGAGEMENT LETTER AND
FEE & PAYMENT POLICY
AGREED TO AND ACCEPTED:

O'Keefe & Associates
AsReceiver to FN Building, L.L.C.

By: _____
Patrick O'Keefe, Managing Member



# RUSKINMOSCOUFALTISCHEK P.C.
*Counselors at Law*

## FEE AND PAYMENT POLICY

We are providing you with this statement of our procedures regarding the charging and payment of fees in order to clearly set forth the financial aspects of our relationship and to avoid any future misunderstanding. This policy is deemed to be part of our engagement letter. We are, of course, available to answer any questions you may have.

Unless specifically agreed otherwise in writing, the following provisions apply:

1. Retainer. We will not require an initial retainer.

2. Disbursements. You will be billed for disbursements incurred in connection with your matters. Disbursements include, but are not limited to, court and witness fees; transcripts; photocopies; express courier services; messenger services; long-distance telephone; postage; computer-assisted legal research; necessary support staff overtime; process server and witness fees; consultants' fees; office expenses, etc. With respect to our dealings with outside suppliers of such services (e.g., expert witnesses, stenographic reporters, consultants), we will act solely as your agent and you will be primarily responsible for payment of those charges, even if they are billed to our firm.

3. Fees. You will be billed at our flat fee and/or our hourly rate as they may from time to time apply. Hourly rates are reviewed periodically and adjusted when circumstances warrant.

4. Billing Frequency. Unless otherwise agreed in writing, statements will be rendered on a monthly basis. We reserve the right to render statements more frequently during periods of unusually heavy activity on your case.

5. Payment Terms. Payment is due upon presentation of a statement showing a balance owed to this firm.

6. Overdue Accounts. In order to assure a regularized cash flow to this firm, interest will be charged on overdue accounts. An account will first become overdue if a statement is not paid in full by the end of the month following the month in which it was issued, and will continue in overdue status until all outstanding balances are paid in full. Interest will be charged at the rate of 1-1/4% per month (15% per annum) on past due accounts from the date(s) that the statement(s) was (were) issued.

7. Trials and Hearings. For any litigation matter, it is understood that all outstanding fees and disbursements must be paid in full prior to the commencement of any trial or hearing. In addition, due to the time commitments and responsibility of representing you in any trial or hearing, we may require, and you agree to pay, prior to the commencement of any trial or hearing, a reasonable advance payment as against fees and disbursements incurred on trial.

8. Retention of Client Files. All files maintained by us are governed by a Document Retention Policy and will be automatically destroyed 10 years after your file is closed.

East Tower, 15th Floor, 1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516 663 6600 ▼ www.rmfpc.com
NYC: 641 Lexington Avenue, New York, NY 10016 ▼ Suffolk: 350 Motor Parkway, Hauppauge, NY 11788