# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: FN Building LLC,

      Debtor.

Case No. 11-46947
Chapter 11
Hon. Marci B. McIvor

---

## SUMMARY SHEET TO FINAL APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED

Applicant:      Ruskin Moscou Faltischek, P.C.

Role:      Counsel to O'Keefe & Associates Consulting, LLC

Entire Service Period:      1/26/11 – 7/13/11

Final Application Period:      3/05/11 – 7/13/11

Fees Requested for Final Application Period (including Holdback of $11,846.80)      $23,634.80

Expenses Requested For Current Service Period      $160.65

Previous Fee Application:      Pursuant to Court Order dated March 9, 2011, the S.D.N.Y. Bankruptcy Court awarded interim fees in the amount of $47,913.57 (with a holdback of $11,846.80) and reimbursement of expenses in the amount of $102.80 for the period 1/26/11 – 3/04/11.

### FINAL APPLICATION PERIOD (3/05/11 – 7/13/11)

| Professionals | Year Admitted | Hours Billed | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Wurst | 1987 | 5.40 | $575.00 | $3,105.00 |

521255

| Professionals | Year Admitted | Hours Billed | Rate | Total |
|---|---|---|---|---|
| **Associates** | | | | |
| Michael Rozea | 2010 | 34.20 | $250.00 | $8,550.00 |
| **Paraprofessionals** | | 0.70 | | $133.00 |
| | | **Total Hours** 40.30 | | **Total Amount** $11,788.00 |

### ENTIRE SERVICE PERIOD (1/26/11 – 7/13/11)

| Professionals | Year Admitted | Hours Billed | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Jeffrey A. Wurst | 1987 | 85.00 | $575.00 | $48,875.00 |
| **Associates** | | | | |
| Michael Rozea | 2010 | 86.60 | $250.00 | $21,650.00 |
| **Paraprofessionals** | | 3.80 | | $497.00 |
| | | **Total Hours** 175.40 | | **Total Amount** $71,022.00 |