# EXHIBIT 5



Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills, MI 48304

July 26, 2011  
ID: 1446700

## BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---:|
| Fees For Professional Services | 11,788.00 |
| Disbursements | 160.65 |
| CURRENT FEES AND DISBURSEMENTS | 11,948.65 |
| Previous Balance Due | 11,846.80 |
| Less Credits Posted as of July 26, 2011 | 0.00 |
| TOTAL PREVIOUS BALANCE | 11,846.80 |
| **TOTAL BALANCE DUE** | 23,795.45 |

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ Taxpayer ID: 11-2301137



Patrick O'Keefe
O'Keefe & Associates
2 Lone Pine Road
Bloomfield Hills, MI 48304

July 26, 2011
ID: 1446700.00002
Invoice No: 6067003

Re: BUSINESS OPERATIONS

## BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---:|
| Fees For Professional Services | 650.00 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 650.00 |
| **TOTAL BALANCE DUE** | **650.00** |

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ Taxpayer ID: 11-2301137



ID: 1446700.00002  
Invoice 6067003

July 26, 2011  
Page 2

| DATE | INIT | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/15/11 | JAW | Review and respond to correspondence with insurance adjuster; phone call with Russ Long re: same. | 0.50 |
| 03/16/11 | MR | Review of cash collateral order and office conference with J. Wurst re: payment. | 0.30 |
| 03/18/11 | JAW | Phone call with Russ Long re: strategy proceeding and transferring legal to Michigan counsel. | 0.50 |
| | | TOTAL FOR SERVICES | $650.00 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|---|---|---|---|
| MR | MICHAEL ROZEA | 0.30 | 75.00 |
| JAW | JEFFREY A. WURST | 1.00 | 575.00 |
| | TOTAL FOR SERVICES | 1.30 | $650.00 |



# REMITTANCE COPY

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills MI 48304

July 26, 2011  
ID: 1446700.00002  
Invoice No: 6067003

Re: BUSINESS OPERATIONS

## BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---:|
| Fees For Professional Services | 650.00 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 650.00 |
| **TOTAL BALANCE DUE** | **650.00** |

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

MAIL TO:  
RUSKIN MOSCOU FALTISCHEK, P.C.  
EAST TOWER, 15TH FLOOR  
1425 RXR PLAZA  
UNIONDALE, NY 11556-1425



**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills, MI  48304

July 26, 2011  
ID: 1446700.00003  
Invoice No: 6067004

Re: CASE ADMINISTRATION

**BILLING SUMMARY THROUGH JULY 25, 2011**

| | |
|---|---|
| Fees For Professional Services | 4,350.50 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 4,350.50 |
| **TOTAL BALANCE DUE** | 4,350.50 |

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

1425 RexCorp Plaza, Uniondale, NY 11556-1425 ⬧ 516.663.6600 ⬧ 212.688.8300 ⬧ F 516.663.6601 ⬧ Taxpayer ID: 11-2301137



**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

ID: 1446700.00003　　　　　　　　　　　　　　　　　　　　　　　　　　　　July 26, 2011
Invoice 6067004　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| DATE | INIT | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/07/11 | MR | Numerous phone calls with Court and J. Wurst re: retention and interim procedures order (.8); prepare multiple drafts and revisions to retention and procedures order (1.8). | 2.60 |
| 03/08/11 | MR | Revisions to order per e-mail correspondence with J. Wurst (.4); multiple phone calls with Court re: retention and interim procedures order (.5); further revisions to order per conversation with Court (1.2); multiple conversations with S. Nakano re: order and revisions to same (.8); transmit revised order to Court (.1). | 3.00 |
| 03/09/11 | MR | Review of entered orders and correspondence with J. Wurst re: same. | 0.70 |
| 03/11/11 | MR | Review e-mail correspondence from R. Long re: invoices and e-mail correspondence with J. Wurst re: same (.2); e-mail correspondence with M. Frankel re: approved invoices and review of same (.3). | 0.50 |
| 03/15/11 | SM | Review of Michigan Bankruptcy Court docket re: transfer of case. | 0.40 |
| 03/16/11 | JAW | Phone call with Mark Frankel (.1); correspondence with Kim Cox re: professional fees (.4); phone call with Russ Long re: status (.3). | 0.80 |
| 03/16/11 | SM | Update and review of Michigan docket. | 0.30 |
| 03/17/11 | JAW | Office conference re: response from Michigan U.S. Trustees' office re: adjuster and preparation of Motion to repay an adjuster (.1); phone call with Russ re: general case strategy (.6); review Michigan Docket (.2); correspondence to all interested parties re: scheduling of conference call (.1). | 1.00 |
| 03/18/11 | MR | Review of docket and draft of agenda for March 21, 2011 conference call. | 0.40 |
| 03/21/11 | JAW | Phone call with Bob Mullhagen re: facts of matter and underlying strategy with respect to transfer of legal responsibilities to Varnum (.5); preparation for all-hands-on phone call with review of agenda (.3); all-hands-on phone call amongst exiting attorneys for Receiver and debtor, incoming attorneys for Receiver and debtor, attorneys for Honigman and leinholders, all with respect to agenda and coordination of efforts to fully effect the transfer to Michigan (.5); follow-up phone call with Russ Long (.5); follow-up phone call with Mark Frankel re: transition issues (.3). | 2.10 |
| 03/21/11 | MR | Phone conference with interested parties re: transfer of case (.5); e-mail correspondence re: retention papers for outside insurance adjuster (.2). | 0.70 |



ID: 1446700.00003  
Invoice 6067004

July 26, 2011  
Page 3

| | TOTAL FOR SERVICES | | $4,350.50 |
|---|---|---|---|

## SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|---|---|---|---|
| MR | MICHAEL ROZEA | 7.90 | 1,975.00 |
| SM | SANDRA McGRATH | 0.70 | 133.00 |
| JAW | JEFFREY A. WURST | 3.90 | 2,242.50 |
| | TOTAL FOR SERVICES | 12.50 | $4,350.50 |



# REMITTANCE COPY

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills MI  48304

July 26, 2011  
ID: 1446700.00003  
Invoice No: 6067004

Re:   CASE ADMINISTRATION

**BILLING SUMMARY THROUGH JULY 25, 2011**

| | |
|---|---:|
| Fees For Professional Services | 4,350.50 |
| Disbursements | 0.00 |
| CURRENT FEES AND DISBURSEMENTS | 4,350.50 |
| **TOTAL BALANCE DUE** | **4,350.50** |

**PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT**

MAIL TO:  
RUSKIN MOSCOU FALTISCHEK, P.C.  
EAST TOWER, 15TH FLOOR  
1425 RXR PLAZA  
UNIONDALE, NY  11556-1425



Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills, MI 48304

July 26, 2011  
ID: 1446700.00004  
Invoice No: 6067005

Re: FEE / EMPLOYMENT APPLICATIONS

---

**BILLING SUMMARY THROUGH JULY 25, 2011**

Fees For Professional Services           6,787.50

CURRENT FEES           6,787.50

**TOTAL BALANCE DUE**           $6,787.50

---

**PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT**

1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▼ 516.663.6600 ▼ 212.688.8300 ▼ F 516.663.6601 ▼ Taxpayer ID: 11-2301137

# RMF
## RUSKIN MOSCOU FALTISCHEK P.C.
### Counselors at Law

ID: 1446700.00004  
Invoice 6067005

July 26, 2011  
Page 2

| DATE | INIT | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| 03/07/11 | MR | Prepare and revise billing statement re: professional fees for U.S. Trustee's review. | 2.20 |
| 03/08/11 | MR | Revisions to billing statements per correspondence with U.S. Trustee and trasmit same to S. Nakano for her review. | 1.50 |
| 03/11/11 | MR | Draft of schedule summarizing RMF and Backenroth fees and e-mail correspondence with J. Wurst re: same. | 1.00 |
| 03/15/11 | MR | Voicemail with U.S. Trustee re: retention of outside insurance adjuster. | 0.10 |
| 03/17/11 | MR | Phone conference with U.S. Trustee re: retention of outside insurance adjuster (.2); draft of Global retention application (1.0); declaration of R. Levin in support (1.0) and proposed order (.4). | 2.60 |
| 03/31/11 | MR | Review e-mail correspondence from Varnum re: counsel fees (.1); review of timesheets and revisions re: same (1.3); begin draft of final fee application (2.6). | 4.00 |
| 04/05/11 | MR | Revisions to final fee application (.8); draft and revise summary sheet for final fee application (1.0); certification of final fee application (.6) and proposed order and schedule re final final fee application (.8); prepare exhibits for application (.5). | 3.70 |
| 04/11/11 | MR | Prepare and transmit final fee application to Varnum for their review. | 0.20 |
| 04/19/11 | MR | Phone conference with J. Wurst re: final fee application and e-mail correspondence with Varnum re: status. | 0.10 |
| 04/20/11 | MR | Correspondence with Varnum re: final fee application. | 0.10 |
| 04/25/11 | MR | Research and review local bankruptcy rules re: Final Fee Application; begin revisions to Fee Application to reflect same. | 1.40 |
| 04/26/11 | MR | Draft and revise final fee application in accordance with Eastern District of Michigan Local Rules; office conference with J. Wurst re: same. | 3.00 |
| 04/28/11 | MR | Preparation of 2016 Statement as exhibit to final fee application. | 0.50 |
| 05/09/11 | MR | Revise final fee application (1.3); draft of proposed order (.4); draft of summary sheet exhibit (.7). | 2.40 |
| 05/10/11 | MR | Preparation of exhibits to final fee application (1.2); finalize revisions to fee application (0.3). | 1.50 |
| 06/29/11 | MR | Phone conference with D. Ross from Varnum re: filing and procedures to file hard copies of fee application. | 0.20 |
| 06/30/11 | JAW | Office conference re: Fee Application and response from Michigan attorney for Receiver; phone call with Russ Long re: | 0.50 |

| DATE | INIT | PROFESSIONAL SERVICES | HOURS |
|---|---|---|---|
| | | facilitating same. | |
| 07/05/11 | MR | E-mail correspondence with R. Long re: final fee application and Varnum filing on RMF's behalf. | 0.10 |
| 07/11/11 | MR | Office conference with J. Wurst, Esq. re: filing of final fee application (.1); Voicemail for EDMI clerk re: final fee application (.1). | 0.20 |
| 07/12/11 | MR | Second voice mail with EDMI Bankruptcy clerk re: fee application (.1); follow-up office conference with J. Wurst re: same (.2). | 0.30 |
| 07/13/11 | MR | Phone conference with P. O'Hare, Esq., law clerk, re: filing of fee application (.1); revision to final fee application, summary sheet and proposed order re: additional fees incurred (.8). | 0.90 |
| | | TOTAL FOR SERVICES | $6,787.50 |

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|---|---|---|---|
| MR | MICHAEL ROZEA | 26.00 | 6,500.00 |
| JAW | JEFFREY A. WURST | 0.50 | 287.50 |
| | TOTAL FOR SERVICES | 26.50 | $6,787.50 |



# REMITTANCE COPY

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills MI 48304

July 26, 2011  
ID: 1446700.00004  
Invoice No: 6067005

Re: FEE / EMPLOYMENT APPLICATIONS

---

### BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---|
| Fees For Professional Services | 6,787.50 |
| CURRENT FEES | $6,787.50 |
| **TOTAL BALANCE DUE** | $6,787.50 |

### PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

---

MAIL TO:  
RUSKIN MOSCOU FALTISCHEK, P.C.  
EAST TOWER, 15TH FLOOR  
1425 RXR PLAZA  
UNIONDALE, NY 11556-1425