# EXHIBIT 6

Print This Page



### PRACTICE AREAS

- Financial Services, Banking and Bankruptcy

**Jeffrey A. Wurst**
**Partner**
Jacob D. Fuchsberg Law Center of Touro College (J.D., magna cum laude, 1987); Hofstra University (B.A., 1971; M.A., 1974)

Ph: (516) 663-6535
Fx: (516) 663-6735
Email: jwurst@rmfpc.com
Add to Outlook Contacts

Mr. Wurst is a partner at Ruskin Moscou Faltischek, where he is the chairman of the firm's Financial Services, Banking, & Bankruptcy Department.

Mr. Wurst has great expertise in asset-based lending, factoring, and all other areas of commercial finance, bankruptcy matters, workouts and turnaround situations. He is actively involved in the documentation of commercial finance and leasing transactions, as well as litigation that may arise out of or in connection with such transactions.

Mr. Wurst is regularly called upon by secured lenders to represent them when their commercial borrowers seek protection under Chapter 11 of the Bankruptcy Code. He has long been recognized both for his skill in obtaining orders favorable to lenders authorizing debtors-in-possession to borrow money on a secured basis, as well as his tenacity in achieving favorable results for lenders in situations where there is a contested claim for use of cash collateral. Mr. Wurst is also well versed in the representation of clients who are acquiring the assets or the stock of companies in bankruptcy and is often called upon to represent the interests of commercial landlords in bankruptcy matters.

Mr. Wurst is admitted to practice in the courts for the State of New York as well as the federal district courts for the Southern, Eastern, Western and Northern Districts of New York. He is also admitted in the Northern District of Texas and the Eastern District of Michigan and is admitted to practice before the Second and Third Circuit courts of appeal.

Mr. Wurst is the Vice Chair of the New York Institute of Credit and is a past Vice President of the Turnaround Management Association International. In addition, he is a member of the American Bar Association (serving on its Commercial Financial Services and Legal Opinions Committees), the American Bankruptcy Institute, the New York State Bar Association, the Association of Commercial Finance Attorneys (serving on its Board of Directors), and the Long Island Chapter of the Turnaround Management Association (serving on its Board of Directors, as well as a past president of the Long Island Chapter). From 2000-2005, Mr. Wurst served as a member of the Board of Directors of Harvey Electronics, Inc., a public company, after having represented the group acquiring a majority interest through its Chapter 11 proceedings.

Mr. Wurst is a frequent lecturer on topics concerning lenders and entrepreneurs.

**Selected Articles**

- "Court of Appeals Rules Unsecured Creditors May Claim Post-Petition Attorneys' Fees" (ABF Journal, March 2010)
- "Running with the Donkeys" (New York Law Journal Magazine, June 2006)
- "Searching Vienna" (New York Law Journal Magazine, April 2005)
- "10 Strategies for Rebuilding Corporate Value" (The Journal of Corporate Renewal, October 2004)
- "Buyers Beware When Purchasing Distressed Property" (New York Law Journal, September 22, 2003)

Ruskin Moscou Faltischek, P.C. | East Tower, 15th Floor | 1425 RXR Plaza, Uniondale, NY 11556-1425 | 516.663.6600





Disclaimer
Statement of Client's Rights
Statement of Client's Responsibilities
Attorney Advertising



Print This Page



**Michael Rozea**
**Associate**
St. John's University School of Law (J.D., 2009) Fordham University (B.A., 2006)

Ph: (516) 663-6686
Fx: (516) 663-6886
Email: mrozea@rmfpc.com
Add to Outlook Contacts

**PRACTICE AREAS**

- Financial Services, Banking and Bankruptcy

Michael Rozea is an associate at Ruskin Moscou Faltischek, P.C. where he is a member of the firm's Financial Services, Banking and Bankruptcy Department.

**Published**

- "Court of Appeals Rules Unsecured Creditors May Claim Post-Petition Attorneys' Fees" (ABF Journal, March 2010)

Ruskin Moscou Faltischek, P.C. | East Tower, 15th Floor | 1425 RXR Plaza, Uniondale, NY 11556-1425 | 516.663.6600





Disclaimer
Statement of Client's Rights
Statement of Client's Responsibilities
Attorney Advertising