# EXHIBIT 7



**RMF**
RuskinMoscouFaltischek p.c.
*Counselors at Law*

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills, MI 48304  

July 26, 2011  
ID: 1446700.00004  
Invoice No: 6067005

Re:     EMPLOYMENT APPLICATIONS

### BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---|
| Online Computer Charge | 46.80 |
| Federal Express | 11.05 |
| Travel | 102.80 |
| | 160.65 |

**TOTAL BALANCE DUE**            $160.65

PLEASE RETURN ENCLOSED REMITTANCE COPY WITH YOUR PAYMENT

1425 RexCorp Plaza, Uniondale, NY 11556-1425 ▾ 516.663.6600 ▾ 212.688.8300 ▾ F 516.663.6601 ▾ Taxpayer ID: 11-2301137

11-46947-mbm    Doc 210-8    Filed 07/29/11    Entered 07/29/11 16:25:11    Page 2 of 3



# REMITTANCE COPY

Patrick O'Keefe  
O'Keefe & Associates  
2 Lone Pine Road  
Bloomfield Hills MI 48304

July 26, 2011  
ID: 1446700.00004  
Invoice No: 6067005

Re: FEE / EMPLOYMENT APPLICATIONS

---

### BILLING SUMMARY THROUGH JULY 25, 2011

| | |
|---|---|
| DISBURSEMENTS | $160.65 |
| **TOTAL BALANCE DUE** | $160.65 |

PLEASE INCLUDE THIS PAGE WITH YOUR PAYMENT

---

MAIL TO:  
RUSKIN MOSCOU FALTISCHEK, P.C.  
EAST TOWER, 15TH FLOOR  
1425 RXR PLAZA  
UNIONDALE, NY 11556-1425