**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

FN Building, L.L.C.　　　　　　　　　　　　　Case No. 11-46947-mbm
　　　　　　　　　　　　　　　　　　　　　　 Hon. Marci B. McIvor
　　　　　　　　　　　　　　　　　　　　　　 Chapter 11

　　　　　Debtor.
_____/


**DEBTOR'S OBJECTION TO RECEIVER'S MOTION FOR ORDER**
**AUTHORIZING AND EXTENDING RECEIVER'S USE OF CASH COLLATERAL.**


　　　Now comes Debtor, by and through its attorney, Martin L. Fried, and hereby sets forth unto this Honorable Court as follows:


　　Debtor has the following objections to the items in the Receiver's Budget:


Water: $201,924 - this does not seem possible. Debtor requests back up for all of this. If there are late charges, the manager will need to pay them.

Steam: 106,498 - the building has electric hot water heaters for non winter use. There should be no payment for steam at this time.

Onsite Office Expense: $3,500 for yardi/ mri licensing. This has previously been deducted several times and this seems to be for a future period when Debtor will not be the owner.

Work in progress: $49,212 - Debtor requests back up for this. It should not be paid, Arrangement for insurance company to pay if appropriate.

Facade: $350,000 - Do not pay this. Buyer can pay directly, no work has been done yet on this.

Tenant reimbursables: $4,500 - Do not pay this, New owner will get this money and should pay it.

E:\FN Building\RECEIVER'S MOTION RE CASH COLLATERAL\debtor's objection to cash collateral.wpd　　　1

Nat City Reimbursement: $15,130. Debtor requests to see demand from tenant. There is a dispute regarding the restoration of the premises.

Respectfully submitted,

GOLDSTEIN BERSHAD & FRIED, P.C.

By: /s/ Martin L. Fried
Martin L. Fried P13712
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, MI 48075
(248) 355-5300
(248) 355-4644 - fax
marty@bk-lawyer.net

Dated:  August 3, 2011