**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

FN Building L.L.C.                                     Case No. 11-46947-mbm
                                                             Hon. Marci B. McIvor
                                                             Chapter 11

         Debtor.
_____/

**DEBTOR'S OBJECTION TO FINAL APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED**

      Now comes Debtor, FN Building, L.L.C., by and through its attorneys, Goldstein Bershad & Fried, P.C., and hereby sets forth unto this Honorable Court as follows:

      1.      Debtor objects to Applicant's final fee application ("Final Fee Application) as the fees requested are patently unreasonable and unnecessary on their face.

      2.      Debtor requests that the court order disgorgement of any fees received for time entries that the court deems inappropriate. Applicant already received $47,913.57 in interim fees and is now requesting an additional $23,634.80 in fees.

      3.      Applicant's time entries for preparation of the Final Fee Application appear to be excessive. It appears that Applicant spent approximately $25,000.00 out of $70,000.00 in time specifically in preparation of fee applications. In addition, time incurred by Applicant after the bankruptcy case was transferred from New York to Michigan is unnecessary. Further, Applicant appears to lump together numerous items on many of the time entries.

4. On August 9, 2011, Debtor's counsel emailed Steve Spence of the United States Trustee's office requesting that he object to the Final Fee Application and request disgorgement of Applicant's fees. To date, no response has been received.

5. On March 9, 2011, the Order Authorizing Retention of Applicant was signed by the Hon. Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York. Accordingly, Applicant's time entries on March 7, 2011 and March 8, 2011 must be disallowed totaling 5.6 hours at $250.00 per hour or $1,400.00.

6. Pursuant to 11 U.S.C. § 330, the court must review the Final Fee Application to determine that Applicant's services were reasonable and necessary to the administration of, or beneficial at the time at which the service was rendered.

7. Further, Applicant's Notice attached to its Final Fee Application fails to comply with Bankruptcy Rule 2002(a)(6) as a twenty one (21) day notice is required. Accordingly, Applicant filed its Certificate of Non-Response prematurely.

For the foregoing reasons, Debtor requests that this Honorable Court deny the relief requested.

Respectfully submitted

GOLDSTEIN, BERSHAD & FRIED, P.C.

/s/ Martin L. Fried
Martin L. Fried (P13712)
Attorneys for Debtor
4000 Town Center, Suite 1200
Southfield, Michigan 48075
(248) 355-5300
(248) 355-4644 - Fax
marty@bk-lawyer.net

Dated: August 16, 2011