UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: FN Building LLC,

Debtor.

Case No. 11-46947
Chapter 11
Hon. Marci B. McIvor

---

## STIPULATION ADJOURNING HEARING DATE ON FINAL APPLICATION OF RUSKIN MOSCOU FALTISCHEK, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES ACTUALLY INCURRED

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the attorneys for the respective parties hereto, that the hearing date on Ruskin Moscou Faltischek, P.C.'s Final Application for Fees and Expenses be, and hereby is, adjourned until September 20, 2011.

Dated: August 18, 2011

GOLDSTEIN, BERSHAD & FRIED, P.C.

By: /s/ Martin L. Fried
  Martin L. Fried, Esq.
  Attorneys for Debtor
  4000 Town Center, Suite 1200
  Southfield, Michigan 48075
  (248) 355-5300

RUSKIN MOSCOU FALTISCHEK, P.C.

By: /s/ Jeffrey A. Wurst
  Jeffrey A. Wurst, Esq.
  Attorneys for O'Keefe and Associates
  1425 RXR Plaza, East Tower, 15th Fl.
  Uniondale, NY 11556-1425
  (516) 663-6600

"SO ORDERED" this
_____ day of August, 2011.

---

MARCI B. MCIVOR
UNITED STATES BANKRUPTCY COURT JUDGE