# EXHIBIT A

# MICHAEL ROZEA

| | |
|---|---|
| **From:** | MICHAEL ROZEA |
| **Sent:** | Tuesday, March 08, 2011 12:09 PM |
| **To:** | 'Nakano, Serene (USTP)' |
| **Cc:** | JEFFREY A. WURST |
| **Subject:** | FN Building, Case No. 11-10266 |

**Attachments:** BIW.pdf

Serene:

Attached for your review please find a copy of our time sheets in the above-referenced matter.

Thanks and regards,
Michael

---

**From:** Nakano, Serene (USTP) [mailto:Serene.Nakano@usdoj.gov]
**Sent:** Monday, March 07, 2011 4:57 PM
**To:** JEFFREY A. WURST; Mark Frankel
**Cc:** MICHAEL ROZEA
**Subject:** RE: FW:

Jeff,

I hadn't understood these e-mails, so Mark just filled me in on the call from Chambers. Your proposed order should expressly state that the denial of the monthly compensation motion is without prejudice to its being renewed in Michigan. I'm sorry that additional fees will be incurred renewing the motion in Michigan.

Serene

---

**From:** JEFFREY A. WURST [mailto:jwurst@rmfpc.com]
**Sent:** Monday, March 07, 2011 3:20 PM
**To:** Mark Frankel
**Cc:** Nakano, Serene (USTP); Michael T. Rozea
**Subject:** Re: FW:

I am traveling this week but my office is working up our's as well and we hope to circulate them by tomorrow.

Thanks

Jeff Wurst
Ruskin Moscou Faltischek, P.C.
1425 RXR Plaza
Uniondale, NY 11556
516 663 6535
jwurst@rmfpc.com

On Mar 7, 2011, at 3:09 PM, "Mark Frankel" <mfrankel@bfklaw.com> wrote:

> Dear Serene:
>
> Jeff Wurst tells me that the Judge may not sign the monthly compensation order and that I should therefore let you take a look at our time sheets as of today. Accordingly, please see attached.

Best Regards,

Mark A. Frankel
Backenroth Frankel & Krinsky, LLP
489 5th Avenue
New York, New York 10017
(212) 593-1100
(212) 644-0544
mfrankel@bfklaw.com

**From:** Yosi Edelstein [mailto:yedelstein@bfklaw.com]
**Sent:** Monday, March 07, 2011 2:32 PM
**To:** 'Mark Frankel'
**Subject:**

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 10.0.1204 / Virus Database: 1435/3487 - Release Date: 03/07/11

# RUSKIN MOSCOU FALTISCHEK, P.C.
## BILLING INSTRUCTION WORKSHEET

Run:  03/08/11          Fees Thru   03/04/2011          Statement
Time: 10:09:02 AM       Expenses Thru 03/04/2011        Format:

                                                        MH - Hours Only Matter Level

Client:  1446700     O'KEEFE & ASSOCIATES
Matter   1446700.00001
         FN BUILDING, LLC.

Bill Atty:  JEFFREY A. WURST          Billing Notes:
Orig Atty:  JEFFREY A. WURST

Billing Action To Be Taken:    ☐ BILL/STMT    ☐ HOLD

                               ☐ Make changes as indicated.    _____ Atty Initials

         Narrative changes completed by _____ (Secretarial Name)

## CURRENT BILLING INSTRUCTION

|  | RECORDED VALUE | WRITE UP (DOWN) | BILLING VALUE |
|---|---|---|---|
| HOURS: | 135.10 | 0.00 | 135.10 |
| FEES: | 59,234.00 | 0.00 | 59,234.00 |
| EXPENSES: | 526.37 | 0.00 | 526.37 |
| TOTAL: | 59,760.37 | 0.00 | 59,760.37 |

| BILLING HISTORY | | | AGED ACCOUNTS RECEIVABLE | |
|---|---|---|---|---|
| BILLING TO DATE | FEES | EXPENSES | CURRENT | $0.00 |
| RELIEVED: | 0.00 | | 30 DAYS | $0.00 |
| BILLED: | 0.00 | 0.00 | 60 DAYS | $0.00 |
| VARIANCE: | 0.00 | | 90+ DAYS | $0.00 |
| % OF REALIZATION: | 0.00 | | TOTAL | $0.00 |
| RECEIVABLE WRITE OFF: | 0.00 | 0.00 | UNAPPLIED CASH: | 0.00 |
| | | | TRUST BALANCE: | 0.00 |

| LAST BILL DATE | AMOUNT | LAST PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | $0.00 | | $0.00 |

## TIMEKEEPER SUMMARY

| | TIMEKEEPER | RECORDED | | | STANDARD | BILLING | |
|---|---|---|---|---|---|---|---|
| | | HOURS | RATE | VALUE | VALUE | HOURS | VALUE |
| 0042 | WURST, JEFFREY A. | 79.60 | 575.00 | 45770.00 | 45770.00 | 79.60 | 45770.00 |
| 0368 | ROZEA, MICHAEL | 52.40 | 250.00 | 13100.00 | 13100.00 | 52.40 | 13100.00 |

Matter     1446700.00001

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0313 | TRENT, LINDA | 1.80 | 65.00 | 117.00 | 117.00 | 1.80 | 117.00 |
| 0239 | McGRATH, SANDRA | 1.30 | 190.00 | 247.00 | 240.50 | 1.30 | 247.00 |
| TOTAL: | | 135.10 | | 59234.00 | 59227.50 | 135.10 | 59234.00 |

# RUSKIN MOSCOU FALTISCHEK, P.C.
## BILLING INSTRUCTION WORKSHEET

Matter     1446700.00001

Patrick O'Keefe
O'Keefe & Associates
2 Lone Pine Road
Bloomfield Hills MI  48304

March 8, 2011
ID: 1446700.00001
Invoice No: 714988

Re:   FN BUILDING, LLC.

---

### BILLING SUMMARY THROUGH MARCH 4, 2011

| | |
|---|---|
| Fees For Professional Services | 59,234.00 |
| Disbursements | 526.37 |
| CURRENT FEES AND DISBURSEMENTS | 59,760.37 |
| Previous Balance Due | 0.00 |
| Less Credits Posted as of March 8, 2011 | 0.00 |
| TOTAL PREVIOUS BALANCE | 0.00 |
| **TOTAL BALANCE DUE** | **59,760.37** |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|------------------------|-------|--------|
| 01/27/11 | JAW | Phone calls with Russell Long re: facts of matter (.7); online research re: bankruptcy and issues related thereto (.5); follow-up call with Russ Long (.2); receive and review Amended Order Appointing Receiver (.3); review bankruptcy petition (.2); phone call with Mark Frankel re: discussion of underlying facts (.3); phone calls with Russ and Pat re: strategy issues (.5); follow-up call with Mark Frankel (.1); receive and review proposed payments to be made by Receiver (.3); prepare a Consent Letter with respect to such expenses (.3). | 3.40 | 1,955.00 |
| 01/28/11 | JAW | Receive and review executed disbursement letter (.1); transmit to client (.1); various correspondence with client (.3); receive and commence review of debtor's proposed cash Collateral Motion (.5); phone calls and correspondence with debtor's counsel (.1); phone call and correspondence with counsel to Honigman (.2). | 1.30 | 747.50 |
| 01/30/11 | JAW | Phone call with Ira Herman re: facts of matter and strategy (.3); exchange of correspondence with Russ and Pat re: same (.2); receive and review response from Pat (.2). | 0.70 | 402.50 |
| 01/31/11 | JAW | Phone calls with Russ Long (.7); conference call with Russ Long, Ira Herman, Todd Mendel (counsel to Honigman), Judy Carlton and others from Honigman re: strategy (1.0); office conference re: preparation of Motion papers (.5); review documents received re: Receivership and furtherance of preparation of Motion papers (.8). | 3.00 | 1,725.00 |
| 01/31/11 | MR | Office conference with J. Wurst re: background facts and status of case (.5); review of Motion to appoint receiver, first receiver order, second amended receiver order, motion to terminate receivership and opposition thereof, declarations of B. Bass and P. O'Keefe, and disbursement letter (2.8); research re: 543 motions (1.5); review of Honigman 543 motion and begin draft of 543 Motion for O'Keefe (1.4). | 6.20 | 1,550.00 |
| 02/01/11 | JAW | Review and revise draft Motion papers (1); phone calls with Ira Herman (.5); correspondence with Honigman's Michigan attorney (.6); follow-up with regard to all and additional research with respect to the Motion (1.4). | 3.50 | 2,012.50 |
| 02/01/11 | MR | Research re: standard to appoint operating trustee and draft of section for 543 motion re: same (1.8); phone conference with J. Wurst re: 543 motion and revisions re: same (3.0); strategy conference with J. Wurst re: motion and changes to same per discussion with J. Wurst (1.7); e-mail correspondence with J. Wurst re: motion (.1). | 6.60 | 1,650.00 |
| 02/02/11 | JAW | Phone calls with Ira Herman, Mark Frankel and several conversations with Russ Long re: Motion papers; receipt and review Order Shortening Time with respect to pending Cash Collateral Motion (1.9); review and revise Motion (.7); review and revise Pat O'Keefe Declaration (.5); review and revise | 3.50 | 2,012.50 |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| | | Motion and Proposed Order Shortening Time (.4). | | |
| 02/02/11 | MR | Phone conference with K. Silver re: 543 Motion (.2); review bankruptcy law re: duties of receiver and office conference with J. Wurst re: same (1.3); review e-mail correspondence from K. Silver and R. Long (.4); draft of O'Keefe Declaration in Support of 543 Motion (1.5); review and analysis of budgets provided by clients (.4); revisions to declaration and 543 Motion re: budget figures (.4); office conference with J. Wurst re: same (.1); draft of motion and order shortening time for hearing (1.3); office conference with J. Wurst re: same (.2). | 5.80 | 1,450.00 |
| 02/02/11 | SM | Draft Notice of Appearance (.5); electronic filing and service of Notice of Appearance (.3). | 0.80 | 152.00 |
| 02/03/11 | JAW | Receive and review comments from Pat and Russ, as well as comments from Honig's attorney (1.0); revise Motion papers accordingly (2.0); oversee assembly and service of same (.5); prepare transmittal letter to Court (.2). | 3.70 | 2,127.50 |
| 02/03/11 | LT | Electronically filed Motion to Shorten Time and Motion for Turnover of Property. | 0.40 | 26.00 |
| 02/03/11 | MR | Review e-mail correspondence re: budgets (.3); office conference with J. Wurst re: same and follow-up phone conference with R. Long re: budget (.3); revisions to declaration and motion re: budget and O'Keefe's changes (.8); finalize 543 motion, declaration, motion to shorten time and proposed order (1.0); prepare exhibits for 543 (.4); draft of letter to Court and coordinate filings (.5). | 3.30 | 825.00 |
| 02/04/11 | JAW | Phone call with Russ re: Disbursement Letter to be prepared, as well as his request that I review and revise, if needed (.4); execution of Declaration Brian Bass on behalf of Honigman (.3); phone calls with the Court re: scheduling of Turnover Motion (.2); conference with Mark Frankel re: overall strategy with respect to the Receiver's position and the requested exit of the Receiver and our Turnover Motion (.8); prepare Disbursement Letter (.5). | 2.20 | 1,265.00 |
| 02/04/11 | LT | Electronically filed two Affidavits of Service of Orders. | 0.30 | 19.50 |
| 02/04/11 | MR | Two phone conferences with Court re: hearing date and shortened notice hearing (.3); follow-up phone conference with court re: Order Shortening Notice (.1); coordinate filing re: same (.4); office conference with J. Wurst re: disbursement letter and draft of updated schedule to same (.4). | 1.20 | 300.00 |
| 02/07/11 | JAW | Receive and review correspondence from Mark Frankel (.1); office conference re: disbursement letter in light of Frankel's comments (.4); phone calls and correspondence with Russ and Pat re: revisions to be made to the disbursement letter (.2). | 0.70 | 402.50 |
| 02/07/11 | LT | Electronically filed Affidavit of Service of Order Shortening Time for a Hearing on Motion. | 0.20 | 13.00 |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/07/11 | MR | Phone conference with P. O'Keefe re: invoices; e-mail correspondence with P. O'Keefe re: same. | 0.30 | 75.00 |
| 02/08/11 | MR | Review of outstanding invoices and revise disbursement letter re: same (.4); begin research re: payment of pre-petition expenses (.8). | 1.20 | 300.00 |
| 02/10/11 | JAW | Follow-up on disbursement letter (.2); office conference re: letter for next week (.3). | 0.50 | 287.50 |
| 02/11/11 | MR | Phone conference with R. Long re: receiver's expenses. | 0.10 | 25.00 |
| 02/14/11 | JAW | Receive and review objections by debtor and Trustee (.8); receive and review Joinder by Honigman and lienholders (.4); conference call with Bart Nachamie, attorney for lienholders (.2); review draft of Reply (.5); conference call with Russ and Pat re: additional facts (.2); research re: accounting issues (.3). | 2.40 | 1,380.00 |
| 02/14/11 | MR | Review of Honigman joinder, motion to dismiss and exhibits attached (.8); review of Trustee objection to 543 Motion and email correspondence with J. Wurst re: same (.3); phone conference with R. Long re: receivership and review of invoices sent by R. Long (.1); begin draft of reply affidavit to Trustee Objection (2.2); office conference with J. Wurst re: same (.2); phone conference among J. Wurst, P. O'Keefe and R. Long re: receivership (.2); review and analysis of debtor's objection to 543 Motion (.2); further revisions to O'Keefe reply affidavit (.8). | 4.80 | 1,200.00 |
| 02/15/11 | JAW | Legal research (.3); review documents received from Russ Long (.5); revise Pat O'Keefe Declaration (.7). | 1.50 | 862.50 |
| 02/15/11 | MR | Office conference with J. Wurst re: budget and revisions to O'Keefe affidavit (1.3); research re: payment of receiver's expenses (1.4). | 2.70 | 675.00 |
| 02/16/11 | JAW | Review and revise Pat O'Keefe Declaration (.9); work on exhibits (2.0); phone call with Russ and Pat re: strategy (.6); numerous phone calls with Ira Herman, Bart Nachamie, Mark Frankel, Serene Nakano, as well as law clerk, all with respect to pending Motion and adjournment of same and negotiation of Cash Collateral Order and continuation of Receiver (2.8). | 6.30 | 3,622.50 |
| 02/16/11 | LT | Electronically filed Reply to Debtor's and UST's Objections and in Further Support of Motion for an Order Authorizing O'Keefe & Associates to Act Pursuant to 11 U.S.C. Section 543 and Reimbursing O'Keefe for Fees and Expenses as Receiver. | 0.20 | 13.00 |
| 02/16/11 | MR | Revisions to and finalize reply declaration (1.5); review of invoices and preparation of exhibits for reply (.6); phone conference with R. Long re: reply (.3); office conference with J. Wurst re: finalized reply declaration (.4). | 2.80 | 700.00 |
| 02/17/11 | JAW | Revise and finalize draft budgets (1.9); review Interim Cash Collateral Order and revise same and return to Ira Herman (2.4); phone calls with Receiver re: strategy (.5); preparation | 6.70 | 3,852.50 |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| | | for and appearance at Bankruptcy Court Southern District of New York re: Cash Collateral hearing (1.3); follow-up office conferences re: same (.4); review correspondence re: budget issues following hearing (.2). | | |
| 02/17/11 | LT | Electronically filed the Affidavit of Service of Patrick O'Keefe's Declaration in Reply. | 0.20 | 13.00 |
| 02/18/11 | JAW | Considerable work preparing and revising Budget and exhibit thereto (1.8); review and revise draft Interim Cash Collateral Order (1.1); draft provisions for monthly payments Receiver as professionals (1.0); multiple calls and correspondence with all parties re: negotiation and revisions to Interim Cash Collateral Order (1.2); conference call with Court re: scheduling issues (.2); phone call with Mark Frankel re: same, as well as Motion to be brought for monthly compensation and retention of this firm as counsel to Receiver (.2); phone calls with Serene Nakano re: same (.2); receive invoices and other back-up for budget (.2); finalize budget and transmit same to all parties (.1). | 6.00 | 3,450.00 |
| 02/18/11 | MR | Office conference with J. Wurst re: fees (.2); phone conference with S. Nakaro re: same (.2); telephone conference with M. Frankel re: same (.4); draft of retention application, J. Wurst affidavit in support, and proposed retention order (1.6). | 2.40 | 600.00 |
| 02/21/11 | JAW | Review and revise Retention Affidavit and prepare Order. | 2.00 | 1,150.00 |
| 02/22/11 | JAW | Additional revisions to Retention and Payment of Professional Order (1.0); review and revise field correspondence (.7); phone call with client re: budget issues (.5); receive, review and revise budget; transmit to all parties (1.3). | 3.50 | 2,012.50 |
| 02/22/11 | MR | Revisions to retention motion and proposed order (1.2); coordinate filing of same (.4); review e-mail correspondence re: proposed budget (.4). | 2.00 | 500.00 |
| 02/22/11 | SM | Electronic filings of Application to Retain RMF with attachments and Motion to Shorten Time with Proposed Order. | 0.50 | 95.00 |
| 02/23/11 | JAW | Office conference re: Monthly Operating Report issues (.5); conference call with Russ Long re: Receiver's expenses (.3); conference call with Ira Herman re: Cash Collateral Order (.4); phone call with Janis Grubin re: Cash Collateral Order (.3); phone calls with Russ Long re: Receiver's expenses (.6); conference call with Russ Long and Kim Cox re: overall bankruptcy process issues and discussion of preparation of pre-petition expenses to be submitted for payment under § 543 (1.0); follow-up call with Russ Long re: same (.2); several phone calls with Kim and Russ re: revisions to budget (.2)(.3) (.2); phone call with Ira Herman re: same (.4); phone call with Jennifer Christian re: finalizing Order and budget (.2); review, revise, and analyze proposed pre-petition expenses (1.0); review invoices and reorganize pre and post-obligations and revise schedules with respect to same (.7); transmit revised | 7.40 | 4,255.00 |

Matter      1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|---|---|---|---|---|
| | | budget to all constituents (.2); commence review of post-petition expenses proposed to be paid and issues with missing invoices (.4); reivew Reciever pre-petition invoices and those of his counsel and modify schedule of pre-petition expenses to be paid accordingly (.5). | | |
| 02/23/11 | LT | Electronically filed an Affidavit of Service for (1) Application for an Order (a) Retaining RMF as Counsel to the Receiver; and (b) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Chapter 11 Professionals; (2) a Motion for an Order Shortening Time for a Hearing on the Application; and (3) the Order Scheduling the Hearing on the Application. | 0.50 | 32.50 |
| 02/23/11 | MR | Correspondence with J. Wurst re: operating reports and research re: same (2.0); office conference with J. Wurst re: Section 505 (.1). | 2.10 | 525.00 |
| 02/24/11 | JAW | Revise Monthly Operating Report template (.2); revise pre-petition expenses and schedules, including phone call with client re: same (.6); commence review of post-petition receivables for preparation of submission (.4); phone call with Serene Nakano re: professional fees and create schedule for her benefit (.4); phone call with Ira Herman and Janis Grubin re: Cash Collateral Order and strategy for obtaining full approval (.4); follow-up call with Ira and Janis re: seeking conference with Court if resolution is not immediately obtained (.2); phone call with Mark Frankel re: debtor's objections to budget (.5); phone call with Kim Cox and Russ Long re: debtor's objection (.4); prepare correspondence in responsive to Frankel's objections (.7); follow-up calls with Kim and Russ re: status of Order (.2); phone call with Ira and Jennifer Christian re: submission of Order to Court (.3). | 4.30 | 2,472.50 |
| 02/24/11 | MR | Research re: Section 505 and accounting issues in bankruptcy. | 4.20 | 1,050.00 |
| 02/25/11 | JAW | Receive and review Cash Collateral Order as entered (.3); phone call with Kim Cox and Brian Nass re: discussion with respect to budget being prepared and analysis of same and directions for preparation of the budget (1.2); phone call with Russ Long re: managing agent issues and concerns (.3); conference call with Ira and Jen re: their conversations with Mark Frankel and strategy with respect to Thursday's hearing (.4); assemble documents needed for hearing and commence preparation (1); review Retention/Monthly Payment Order and incorporate changes from Office of the U.S. Trustee (.4). | 3.60 | 2,070.00 |
| 02/25/11 | MR | Continue research re: accounting issues. | 1.30 | 325.00 |
| 02/28/11 | JAW | Phone call and correspondence with Russ Long re: insurance claim (.4); phone call with Kim Cox re: budget and revision needed to pre-petition expenses (.3); review proposed Agreement received from the adjuster and phone call with Russ re: same (.3); correspondence to all parties re: insurance issues | 3.40 | 1,955.00 |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|------------------------|-------|--------|
| | | and inquiry to U.S. Trustee whether a Motion for Retention of Adjuster is needed (.4); phone call with Kim Cox and in-house accountant at Finn Silver re: reviewing budget items and pre-petition expenses (.7); phone call with Ira Herman re: insurance issues and issues with respect to Cash Collateral Order (.3); receive and review revised schedule of prepetition expenses and extended phone call with Kim reviewing same and making revisions to same (.5); phone call with Ira re: budget and transmit same to all parties (.2); receive and review comments on the budget and forward to Finn Silver for revisions (.3). | | |
| 02/28/11 | MR | Review e-mail correspondence re: cash collateral motion (.4); review docket and prepare summary of documents for hearing and hearing binder (1.6); draft of order retaining receiver and providing for payment of pre-petition expenses (.7). | 2.70 | 675.00 |
| 03/01/11 | JAW | Review and revise budget and circulate to all parties (.3); receive and review revised pre-petition schedules and back-up, review back-up invoices and revise schedules accordingly, correspondence with Finn Silver re: same and transmit to all parties of interest (1.4); review and revise Retention Order (.3); review and revise Turnover Order (.4). | 2.40 | 1,380.00 |
| 03/01/11 | MR | Office conference with J. Wurst regarding hearing; Revisions to Order appointing receiver. | 0.50 | 125.00 |
| 03/02/11 | JAW | Conference call with Kim re: revision to budget; receive and review revised budget (.5); phone call with Ira Herman re: insurance issues and Cash Collateral strategy (.4); phone call with Kim re: additional budget issues and transmit revised budget to entire group (.4); phone call with Russ Long re: strategy re: tomorrow's hearing (.3); phone call with Mark Frankel re: insurance issues and his objections to budget, as well as approval of payment of pre-petition expenses (.4); phone call with Russ and Kim re: objections to budget (.4); phone call with Mark Frankel re: attempted resolution of budget issues (.3); phone call from Casey Boyle re: expectations for conduct at tomorrow's hearing (.3); phone call with Mark Frankel re: resolution of budget issues (.2); correspondence and phone calls with Kim re: cash flow and balances held by Receiver, follow-up with Russ re: same (.4). | 3.60 | 2,070.00 |
| 03/03/11 | JAW | Court appearance in Bankruptcy Court, Southern District of New York re: various pending matters, including Use of Cash Collateral, Motion to Change Venue, etc. (2.0); follow-up office conference with Ira Herman and various other principals (.5); receive and review Transfer Order (.3); revise Retention Order and circulate to various parties, phone call with Ira Herman re: same; revise and circulate to all parties (.4); revise 543 Order and circulate to all parties (.3); review and forward budget (.1); phone call with client re: events in Court and status and strategy (.4) | 4.00 | 2,300.00 |

Matter    1446700.00001

| DATE | INIT | PROFESSIONAL SERVICES | HOURS | AMOUNT |
|------|------|----------------------|-------|--------|
| 03/04/11 | MR | Email correspondence with interested parties re: 543 and interim compensation order (.3); correspondence with Court re: filing of same (.2); phone correspondence with Judge Lane's clerk, Casey Boyle re interim compensation order and follow up correspondence with J. Wurst re: same (.3); research re Michigan interim compensation rules and revisions to proposed interim compensation order (1.4). | 2.20 | 550.00 |

TOTAL FOR SERVICES                                    $59,234.00

SERVICES RECAP

| INIT | NAME | HOURS | AMOUNT |
|------|------|-------|--------|
| JAW | JEFFREY A. WURST | 79.60 | 45,770.00 |
| MR | MICHAEL ROZEA | 52.40 | 13,100.00 |
| SM | SANDRA McGRATH | 1.30 | 247.00 |
| LT | LINDA TRENT | 1.80 | 117.00 |
| | TOTAL FOR SERVICES | 135.10 | $59,234.00 |

DISBURSEMENTS SUMMARY

| | |
|---|---|
| In-House Copies | 0.24 |
| Federal Express | 283.82 |
| Messenger Service | 87.50 |
| Postage | 43.81 |
| Travel | 21.00 |
| Overtime - Secretarial | 90.00 |
| TOTAL DISBURSEMENTS | 526.37 |

Matter    1446700.00001

DISBURSEMENTS DETAIL (Provided for Bill Preparation Purposes Only)

| Date | Init | Description | Amount |
|---|---|---|---|
| 02/02/11 | H | Postage Postage | 2.64 |
| 02/03/11 | JAW | Federal Express Federal Express | 8.89 |
| 02/03/11 | LT | Overtime - Secretarial Overtime Secretarial- L. Trent | 22.50 |
| 02/03/11 | H | Postage Postage | 2.64 |
| 02/04/11 | MR | Overtime - Secretarial Overtime Secretarial- D. Olsen | 22.50 |
| 02/04/11 | MR | Overtime - Secretarial Overtime Secretarial- L. Trent | 22.50 |
| 02/07/11 | H | Postage Postage | 8.80 |
| 02/16/11 | MR | Messenger Service Messenger Service- S. Consolo | 87.50 |
| 02/16/11 | MR | Travel Parking fee Bankruptcy Court Southern District to submit courtesy copy to judge - Petty Cash check # 172414 | 21.00 |
| 02/17/11 | H | Postage Postage | 6.18 |
| 02/17/11 | H | Postage Postage | 6.95 |
| 02/18/11 | H | In-House Copies In-House Copies | 0.24 |
| 02/22/11 | MR | Overtime - Secretarial Overtime Secretarial- L. Trent | 22.50 |
| 02/23/11 | MR | Federal Express Federal Express | 11.88 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 8.41 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 8.41 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 8.41 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 11.05 |
| 02/23/11 | MR | Federal Express Federal Express | 8.41 |
| 02/23/11 | MR | Federal Express Federal Express | 8.41 |
| 02/23/11 | H | Postage Postage | 16.60 |

Total Disbursements on Matter:  526.37

Matter      1446700.00001